THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ANDERSON, Appellant. [953 NYS2d 180]—

Concur—Tom, J.P., Mazzarelli, Catterson, Renwick and DeGrasse, JJ.